**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Joseph Burgess,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.: 1:24-cv-01577-RLY-MG |
| | ) |
| **TrueAccord Corp,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

Respectfully submitted,

/s/ John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East St., Ste. D1
Indianapolis, IN46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2024 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Vanessa White
TrueAccord
Counsel for Defendant
legal@trueaccord.com

                                                  Respectfully Submitted,

                                                  /s/John T. Steinkamp
                                                  John T. Steinkamp
                                                  John Steinkamp & Associates
                                                  5214 S. East Street, Suite D1
                                                  Indianapolis, IN46227
                                                  (317) 780-8300
                                                  (317) 217-1320 fax
                                                  john@johnsteinkampandassociates.com